# Exhibit 1:

August 5, 2026

Routine Inspection Report

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001651836**

## Inspection Report

R&R Chinchilla Inc

7754 State Route 103
Jenera, OH 45841

Customer ID: **9130**

Certificate: **31-B-0195**

Site: 001

R&R Chinchilla Inc

Type: ROUTINE INSPECTION

Date: 05-AUG-2026

**2.1(b)(2)(i)** **Critical**

**Requirements and application**

The facility has exceeded the maximum number of animals allowed on their license. The license has authorized up to 850 animals and the facility currently has approximately 1147 animals. The USDA license authorizes a specific number of animals to ensure that the facility and personnel possess adequate facilities, employees and knowledge to provide sufficient husbandry to the regulated animals. The severity of the non-compliances documented on this report demonstrate that exceeding the approved animal numbers has resulted in the facilities inability to properly care for the animal causing serious welfare concerns.

A licensee must obtain a new license before any change resulting in more than the authorized number of animals on hand at any single point in time during the period of licensure. Correct by 19-August-2026, by either reapplying for a license that properly reflects the number of regulated animals on the property or reduce the number of regulated animals to a number which is under the maximum threshold authorized under the current license.

**2.4** **Critical**

**Non-interference with APHIS officials.**

The facility representative did not accurately disclose the number of animals held at the facility to APHIS officials on previous inspections. APHIS officials initially observed approximately 342 chinchillas at the facility during the inspection. This number was consistent with animal numbers inspected on previous inspections and was reflected on the record of animals on hand. After reviewing records, inspectors asked if there were any other animals being held on the property. The facility representative stated there is another building with animals on the property. Inspectors counted approximately 805 additional chinchillas being held in the previously undisclosed building. The facility representative stated that the additional animals had been housed in the uninspected area for years and that someone had told him that it would never pass inspection. In conclusion of all inspections, APHIS officials ask if all animals have been seen, and these additional animals have not been disclosed on prior inspections.

Not disclosing the additional animals and locations of these animals on the property interfered with APHIS officials ability to evaluate compliance with the Animal Welfare Act.

A licensee or applicant for an initial license shall not interfere with, threaten, abuse (including verbally abuse), or harass any APHIS official in the course of carrying out his or her duties. Correct from this time forward.

**Prepared By:** MARK SANDERBECK

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 05-AUG-2026

**Received by Title:** Facility Representative

**Date:** 05-AUG-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001651836**

## Inspection Report

**2.40(b)(2)** **Direct**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

The facility is not providing adequate veterinary care to the animals. Upon gaining entry to the second building of the facility, APHIS personnel identified 20 animals as requiring veterinary care.

- A dark black and gray chinchilla housed in the smaller back room of Building #2 was observed with generalized matting of fur on the hind end.
- A black and white chinchilla born on 3/16 (L289) was observed with swelling and redness surrounding the left eye. The animal was squinting and holding the eye shut.
- A white and black chinchilla was observed with a yellow/white discharge exuding from the left eye. Additionally, the animal was found to have clumps of matted fur on the hind end and generalized hair loss on the chest and abdomen. The skin in these areas appears mildly reddened with yellow crusting on the surface of the skin.
- A white and black chinchilla (K531) was observed with swelling and redness surrounding the right eye. The animal was squinting and holding the eye shut.
- A gray chinchilla (K570) was observed with severe swelling and redness surrounding the right eye. There is crusting and thick yellow pus-like material exuding from the affected eye.
- A gray chinchilla (F618) was observed with mild swelling and redness surrounding the right eye. The animal was squinting and holding the eye shut.
- A gray chinchilla (L2) was observed with a thick yellow discharge exuding from both nostrils. Additionally, the fur of the chin and neck of the animal were wet with a clear discharge. When inquiring on the condition of the animal the licensee states this is an older female and he believes it is due to malocclusion. The licensee also believed the animal to be underweight.
- A brown and gray chinchilla (L300) was observed with an abnormal right eye that has a blue/gray discoloration. There appears to be a lesion or divot in the center of the eye that is surrounded by a halo of white material. The eye also has some thick yellow discharge at the corner eyelid closest to the nose of the animal. The licensee states this animal has had intermittent ocular issues that are resolved when treated.
- A gray chinchilla (F917) was observed squinting the left eye with a thick yellow pus-like discharge present at the corner of the eye running down onto the fur of the animal’s nose.
- A white chinchilla (M1151) was observed with the bottom incisors having overgrown and extending up and over to the left of the upper jaw.
- A dark gray chinchilla (N2007) was observed with a closed right eye with yellow crusted material present. There was matted fur surrounding the affected eye.
- A dark gray chinchilla (C257) was observed squinting the left eye. There appears to be mild swelling of the tissue surrounding the affected eye.
- A light gray chinchilla born 9/14 (J1567) was observed with marked swelling and redness surrounding the right eye. There is hair loss around the affected eye and matting of the fur with yellow crusted material directly below the eye. The chinchilla was also seen with clumps of matted fur on the hind-end of the animal.
- A dark gray chinchilla (13J on the bottom left) was observed squinting the left eye. There is severe crusting of the fur surrounding the eye with yellow/brown discharge.
- A white chinchilla with no form of identification was observed with severe swelling and redness surrounding both eyes. There is marked crusting of the fur around both eyes with yellow and brown discharge. Both eyes appear to be swollen shut and the animal is unable to open them.
- A pink and white chinchilla in row 13 section G Top was observed with generalized matting of fur on the hind-end of the animal. The matted fur in the affected area has yellow/orange discoloration likely due to urine staining.

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR
**Date:** 05-AUG-2026

**Received by Title:** Facility Representative
**Date:** 05-AUG-2026

• A dark gray chinchilla (13J middle left) was observed with an abnormal left eye that has a blue/gray discoloration centrally and thick band of white material in the globe of the eye near the corner of the eyelid. The fur below the eye is wet with a clear discharge coming from the eye that extends approximately halfway down the animal's face.
• A white male chinchilla (L395) was observed squinting with both eyes shut due to crusting yellow discharge. The area surrounding both eyes appears swollen with mild redness. The crusting discharge extends down the fur of the entire right side of the animal's face.
• A light gray and dark gray chinchilla in cage H8 were observed with severe swelling of the tissue surrounding the left eye with both animals holding their eyes shut. The light gray chinchilla was also observed with marked inflammation of the skin surrounding the left eye.

Failure to provide appropriate methods to prevent, control, diagnose, and treat diseases and injuries can lead to worsening of medical conditions resulting in unnecessary pain and distress to the animals. Additionally, matting in animals' fur can inhibit proper thermoregulation, cause injury/infection, and be uncomfortable or restrict movements. Correct by ensuring that the animals listed above, and the condition of the animal are reported to the attending veterinarian so that the animals can be properly examined, diagnosed, and treated. Correct by, 6-August-2026 at 12:00 PM.

**3.131(a)** **Direct** **Repeat**

**Sanitation.**

The facility is not adequately cleaning enclosures. Upon gaining entry to the second building of the facility, APHIS personnel experienced a strong smell of ammonia. The approximately 1500 enclosures housing approximately 805 chinchillas in this building had excessive buildup of fecal material encompassing the entire floors of the enclosures with minimal to no clean bedding. As a result, the animals must walk through the fecal material to gain access to both their food and water. When asked about the cleaning schedule, the facility representative stated he had cleaned half of the building a week ago and the other half of the building two weeks ago.

Accumulations of feces, urine, and soiled bedding are harmful to the animals as they can spread disease, attract pests, and cause unpleasant odors. Additionally, due to this species' natural history an excessively wet and moist environment can be detrimental to the health and well-being of the animals. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors. Correct by, 08-August-2026 at 10:00 AM.

A complete routine inspection was conducted starting on 05-August-2026. This inspection report is limited to the Direct and Critical non-compliances identified during that inspection. An additional inspection report will be delivered with the other issues identified during this inspection.

This inspection was conducted with the Facility Representative. The exit briefing was conducted on 05-August-2026 with the Facility Representative.

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:** 05-AUG-2026

**Received by Title:** Facility Representative

**Date:** 05-AUG-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001651836**

## Inspection Report

Additional Inspectors:

Eric Irvin, VETERINARY MEDICAL OFFICER

**Prepared By:** MARK SANDERBECK

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 05-AUG-2026

**Received by Title:** Facility Representative

**Date:** 05-AUG-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 9130
Inspection Date: 05-Aug-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9130 | 31-B-0195 | 001 | R&R Chinchilla Inc | 05-AUG-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 001147 | *Chinchilla lanigera* | CHINCHILLA |
| 001147 | **Total** | |



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 12:45 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0137) A dark black and gray chinchilla housed in the smaller back room of Building #2 was observed with generalized matting of fur on the hind end.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 12:52 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0111) Photo of a black and white chinchilla born on 3/16 (L289) observed with swelling and redness surrounding the left eye. The animal was squinting and holding the eye shut.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 12:54 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0142) Full body photo - A white and black chinchilla was observed with a yellow/white discharge exuding from the left eye. Additionally, the animal was found to have clumps of matted fur on the hind end and generalized hair loss on the chest and abdomen. The skin in these areas appears mildly reddened with yellow crusting on the surface of the skin.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:00 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0113) Photo of a white and black chinchilla (K531) observed with swelling and redness surrounding the right eye. The animal was squinting and holding the eye shut.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 12:56 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0147) Hair loss on chest and abdomen- A white and black chinchilla was observed with a yellow/white discharge exuding from the left eye. Additionally, the animal was found to have clumps of matted fur on the hind end and generalized hair loss on the chest and abdomen. The skin in these areas appears mildly reddened with yellow crusting on the surface of the skin.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:08 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0171) Front view- A gray chinchilla (L2) was observed with a thick yellow discharge exuding from both nostrils. Additionally, the fur of the chin and neck of the animal were wet with a clear discharge. When inquiring on the condition of the animal the licensee states this is an older female and he believes it is due to malocclusion. The licensee also believed the animal to be underweight.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:04 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0120) Photo of a gray chinchilla (K570) observed with severe swelling and redness surrounding the right eye. There is crusting and thick yellow pus-like material exuding from the affected eye.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:05 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0124) Photo of a gray chinchilla (F618) observed with mild swelling and redness surrounding the right eye. The animal was squinting and holding the eye shut. Zooming in on the photo allows for a much clearer view of the affected eye.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:11 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0125) Photo of a brown and gray chinchilla (L300) observed with an abnormal right eye that has a blue/gray discoloration. There appears to be a lesion or divot in the center of the eye that is surrounded by a halo of white material. The eye also has some thick yellow discharge at the corner eyelid closest to the nose of the animal.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:10 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0173) Full body- A gray chinchilla (L2) was observed with a thick yellow discharge exuding from both nostrils. Additionally, the fur of the chin and neck of the animal were wet with a clear discharge. When inquiring on the condition of the animal the licensee states this is an older female and he believes it is due to malocclusion. The licensee also believed the animal to be underweight.



CFR:2.40(b)(2);3.131(a)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:15 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0131) Photo of a dark gray chinchilla (N2007) observed with a closed right eye with yellow crusted material present. There was matted fur surrounding the affected eye.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:15 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0132) Zoomed-in photo of a dark gray chinchilla (N2007) observed with a closed right eye with yellow crusted material present. There was matted fur surrounding the affected eye.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:42 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0194) A white chinchilla (M1151) was observed with the bottom incisors having overgrown and extending up and over to the left of the upper jaw.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 11:01 AM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0199) A white chinchilla with no form of identification was observed with severe swelling and redness surrounding both eyes. There is marked crusting of the fur around both eyes with yellow and brown discharge. Both eyes appear to be swollen shut and the animal is unable to open them.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:17 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0134) Zoomed-in photo of a dark gray chinchilla (C257) observed squinting the left eye. There appears to be mild swelling of the tissue surrounding the affected eye.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:17 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0135) Photo of a dark gray chinchilla (C257) observed squinting the left eye. There appears to be mild swelling of the tissue surrounding the affected eye.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:36 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0190) Left side- A pink and white chinchilla in row 13 section G Top was observed with generalized matting of fur on the hind-end of the animal. The matted fur in the affected area has yellow/orange discoloration likely due to urine staining.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:36 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0191) Right side- A pink and white chinchilla in row 13 section G Top was observed with generalized matting of fur on the hind-end of the animal. The matted fur in the affected area has yellow/orange discoloration likely due to urine staining.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 11:09 AM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG _0141) Photo of a light gray chinchilla born 9/14 (J1567) observed with marked swelling and redness surrounding the right eye. There is hair loss around the affected eye and matting of the fur with yellow crusted material directly below the eye. The chinchilla was also seen with clumps of matted fur on the hind-end of the animal.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:40 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc
**Description:** (IMG_0143) Photo of dark gray chinchilla (13J on the bottom left) observed squinting the left eye. There is severe crusting of the fur surrounding the eye with yellow/brown discharge.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:40 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0193) A dark gray chinchilla (13J middle left) was observed with an abnormal left eye that has a blue/gray discoloration centrally and thick band of white material in the globe of the eye near the corner of the eyelid. The fur below the eye is wet with a clear discharge coming from the eye that extends approximately halfway down the animal's face.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Date and Time:** 8/5/2026, 1:48 PM

**Inspection No:** 2016090001651837

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0199) A white male chinchilla (L395) was observed squinting with both eyes shut due to crusting yellow discharge. The area surrounding both eyes appears swollen with mild redness. The crusting discharge extends down the fur of the entire right side of the animal's face.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:53 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0202) Light grey chinchilla - A light gray and dark gray chinchilla in cage H8 observed with severe swelling of the tissue surrounding the left eye with both animals holding their eyes shut. The light gray chinchilla was also observed with marked inflammation of the skin surrounding the left eye.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:12 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0127) Zoomed-in photo of the gray chinchilla (F917) observed squinting the left eye with a thick yellow pus-like discharge present at the corner of the eye running down onto the fur of the animal’s nose.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:53 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0203) Dark grey chinchilla - A light gray and dark gray chinchilla in cage H8 observed with severe swelling of the tissue surrounding the left eye with both animals holding their eyes shut. The light gray chinchilla was also observed with marked inflammation of the skin surrounding the left eye.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:12 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001651837
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0126) Photo of a gray chinchilla (F917) observed squinting the left eye with a thick yellow pus-like discharge present at the corner of the eye running down onto the fur of the animal's nose.



CFR:2.4

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 11:24 AM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0207) The facility representative did not accurately disclose the number of animals held at the facility to APHIS officials on previous inspections. APHIS officials initially observed approximately 342 chinchillas at the facility during the inspection. This number was consistent with animal numbers inspected on previous inspections and was reflected on the record of animals on hand.



CFR:3.131(a)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:01 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** Photo of a primary enclosure currently housing 3 chinchillas. The photo shows an excessive accumulation of excreta encompassing the entire floor space of the enclosure. There is no available area of clean bedding in the enclosure.

CFR:2.1(b)(2)(i)

**Photographer:** Mark Sanderbeck

**Date and Time:** 8/6/2026, 11:28 AM

**Inspection No:** 2016090001651837

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** form 7007- The facility has exceeded the maximum number of animals allowed on their license. The license has authorized up to 850 animals and the facility currently has approximately 1147 animals.



CFR:3.131(a)

**Photographer:** Mark Sanderbeck

**Date and Time:** 8/5/2026, 1:06 PM

**Inspection No:** 2016090001651837

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0164) The approximately 1500 enclosures housing approximately 805 chinchillas in this building had excessive buildup of fecal material encompassing the entire floors of the enclosures with minimal to no clean bedding. As a result, the animals must walk through the fecal material to gain access to both their food and water. When asked about the cleaning schedule, the facility representative stated he had cleaned half of the building a week ago and the other half of the building two weeks ago.



CFR:3.131(a)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:07 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001651837

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0167) The approximately 1500 enclosures housing approximately 805 chinchillas in this building had excessive buildup of fecal material encompassing the entire floors of the enclosures with minimal to no clean bedding. As a result, the animals must walk through the fecal material to gain access to both their food and water. When asked about the cleaning schedule, the facility representative stated he had cleaned half of the building a week ago and the other half of the building two weeks ago.