# Exhibit 2:

August 11, 2026

Routine Inspection Report

USDA

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001659387**

## Inspection Report

R&R Chinchilla Inc
7754 State Route 103
Jenera, OH 45841

Customer ID: **9130**
Certificate: **31-B-0195**
Site: 001
R&R Chinchilla Inc

Type: ROUTINE INSPECTION
Date: 11-AUG-2026

**2.40(b)(2)** **Direct** **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

The facility is not providing adequate veterinary care to the animals. The facility did not have the 7 animals that were identified as requiring veterinary care during the inspection on 07-August-2026 evaluated by a licensed veterinarian by the deadline of 5:00 pm on 08-August-2026. The Attending Veterinarian did not evaluate these animals until approximately 11:45 am on 10-August-2026. Additionally, in the second building of the facility, APHIS personnel identified several additional animals requiring veterinary care:

-A gray chinchilla located in Row 15-Level 3-Cage 1 was observed with both eyes matted shut due to severe swelling in the area. Both eyes have marked brown/yellow crusting discharge exuding from the eyes and matting into the fur. There was also brown/yellow crusting discharge on the face near both cheeks.
-A gray chinchilla #39 Row 13 has severe generalized matting of the fur on the hind-end. The matted fur in this area appears firm, thick, rough, and with crusting present.
-A grey chinchilla (J1143) was observed with thick lumps of matted fur encompassing nearly the entire hind end of the animal.
-A light grey chinchilla (F1813) was observed with excessive stringy lumps of matted fur on the back and underside of the body.
-A grey chinchilla (M972) was observed with large clumps of matted fur on the hind end of the body.
-A light grey chinchilla (AVF-Row 1-13-3) was observed with large thick clumps of matted fur on the back and hind end of the animal.

Failure to provide appropriate methods to prevent, control, diagnose, and treat diseases and injuries can lead to worsening of medical conditions resulting in unnecessary pain and distress to the animals.

Correct by ensuring that the animals listed above and the condition of the animal are reported to the attending veterinarian so that the animals can be properly examined, diagnosed, and treated. Correct by, 12-August-2026 at 5:00 PM.

**2.75(b)(1)** **Repeat**

**Records: Dealers and exhibitors.**

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:** 11-AUG-2026

**Received by Title:** Facility Representative

**Date:** 11-AUG-2026

The facility does not have an accurate record of all regulated animals on the premises. The record of animals on hand are still missing for the chinchillas that are currently being housed in Building #2. Improper recordkeeping does not allow APHIS officials to properly account for animals on the premises or allow for proper tracking of animals.

Each dealer and exhibitor shall make, keep, and maintain records or forms which fully and correctly disclose all information required by the AWA concerning each animal purchased or otherwise acquired, owned, held, or otherwise in his or her possession or under his or her control, or which is transported, euthanized, sold, or otherwise disposed of by that dealer or exhibitor.

**3.125(a)** **Repeat**

**Facilities, general.**

The facility is not being adequately maintained in good repair, is not structurally sound, and does not protect the animals from injury:

-In the far side of the building, there is a section of the ceiling that is caving in onto a row of enclosures housing some animals and enclosures that could potentially house animals. The ceiling appears to be caving in about 1 foot with a noticeable bend in the structure.
-In the majority of enclosures, there were jagged edges found in the metal feeders and dust baths.
-There were various sharp points on metal wiring of the enclosure fronts, doors, and walls of enclosures.

Failure to maintain housing facilities in structurally sound condition and in good repair could result in the ceiling falling onto the enclosures causing injury to the regulated animals. Jagged edges could also result in injury to the regulated animals. The facility must be constructed of such material and of such strength as appropriate for the animals involved. Correct by ensuring housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

**3.126(b)** **Repeat**

**Facilities, indoor.**

A strong odor of ammonia is present in the second building animal housing area. There are numerous animals in this building that are experiencing severe ocular and respiratory issues. The facility representative stated that he believed all the current medical issues are likely due to “bad air”. The licensee stated that cleaning in the building has ranged from one to two weeks. High levels of ammonia can cause discomfort to the animals and lead to further health issues.
The facility must ensure indoor housing facilities shall be adequately ventilated by natural or mechanical means to provide for the health and to prevent discomfort of the animals at all times. Such facilities shall be provided with fresh air either by means of windows, doors, vents, fans, or air-conditioning and shall be ventilated so as to minimize drafts, odors, and moisture condensation.

**3.131(a)** **Repeat**

**Sanitation.**

The facility is not adequately cleaning enclosures. A black chinchilla was found in an enclosure with excessive buildup of fecal material encompassing the entire floor of the enclosure with minimal to no clean bedding. The animal did have access to other enclosures through a tunnel but elected to stay in this particular enclosure. Accumulations of feces, urine,

and soiled bedding are harmful to the animals as they can spread disease, attract pests, and cause unpleasant odors. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

**3.131(c)** **Repeat**

**Sanitation.**

The facility is not adequately cleaning the premises:

-There is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts of cobwebs observed throughout the facility including on top of and behind the enclosures. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris. Spaces in this building not currently being used to house animals are cluttered with accumulation of trash, dust, debris, soiled animal bedding, cobwebs, equipment, and miscellaneous items.

-Most of the ceiling panels have areas of severe accumulations of dark brown, black, and white staining.

Failure to adequately clean the animal enclosures and the premises can lead to illness, transmission of diseases, and attract unwanted pests. The facility must ensure that the premises are kept clean and in good repair to protect the animals from injury to facilitate the prescribed husbandry practices set forth in this subpart.

**3.131(d)** **Repeat**

**Sanitation.**

A safe pest control method is not being utilized at the facility. There were too numerous to count spiders located throughout the facility, with numerous spiders found on the enclosures in close proximity to the animals. Failure to ensure facility is free from pests could result in injury or disease transmission to the regulated animals. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

This inspection and exit interview were conducted with the facility representatives.

Additional Inspectors:

Eric Irvin, VETERINARY MEDICAL OFFICER

Jonathan Tomkovitch, VETERINARY MEDICAL OFFICER

**Prepared By:** MARK SANDERBECK

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 11-AUG-2026

**Received by Title:** Facility Representative

**Date:** 11-AUG-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 9130
Inspection Date: 11-Aug-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9130 | 31-B-0195 | 001 | R&R Chinchilla Inc | 11-AUG-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 001121 | *Chinchilla lanigera* | CHINCHILLA |
| 001121 | **Total** | |



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 12:35 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0275) A grey chinchilla (J1143) was observed with thick lumps of matted fur encompassing nearly the entire hind end of the animal.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 7:26 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0279) A light grey chinchilla (F1813) was observed with excessive stringy lumps of matted fur on the back and underside of the body.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 1:04 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0283) A grey chinchilla (M972) was observed with large clumps of matted fur on the hind end of the body.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 7:29 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0293) A light grey chinchilla (AVF-Row 1-13-3) was observed with large thick clumps of matted fur on the back and hind end of the animal.



CFR:2.40(b)(2);3.126(b)

**Photographer:** Mark Sanderbeck
**Date and Time:** 8/11/2026, 1:26 PM
**Inspection No:** 2016090001659388

**Certificate:** 31-B-0195
**Legal Name:** R&R Chinchilla Inc
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0289) Right side - A gray chinchilla located in Row 15-Level 3-Cage 1 was observed with both eyes matted shut due to severe swelling in the area. Both eyes have marked brown/yellow crusting discharge exuding from the eyes and matting into the fur. There was also brown/yellow crusting discharge on the face near both cheeks. A strong odor of ammonia is present in the second building animal housing area. There are numerous animals in this building that are experiencing severe ocular and respiratory issues. The facility representative stated that he believed all the current medical issues are likely due to “bad air”.



CFR:2.40(b)(2);3.126(b)

**Photographer:** Mark Sanderbeck

**Date and Time:** 8/11/2026, 1:25 PM

**Inspection No:** 2016090001659388

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0288) Left side - A gray chinchilla located in Row 15-Level 3-Cage 1 was observed with both eyes matted shut due to severe swelling in the area. Both eyes have marked brown/yellow crusting discharge exuding from the eyes and matting into the fur. There was also brown/yellow crusting discharge on the face near both cheeks. A strong odor of ammonia is present in the second building animal housing area. There are numerous animals in this building that are experiencing severe ocular and respiratory issues. The facility representative stated that he believed all the current medical issues are likely due to “bad air”.



CFR:3.125(a)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 1:37 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc
**Description:** (IMG_0291) -In the majority of enclosures, there were jagged edges found in the metal feeders.



CFR:3.125(a)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 12:32 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0274) In the majority of enclosures, there were jagged edges found in the metal feeders and dust baths. Additionally, here were various sharp points on metal wiring of the enclosure fronts, doors, and walls of enclosures.



CFR:3.131(c)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 12:22 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc

**Description:** (May Contain PII) (IMG_0273) There is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts of cobwebs observed throughout the facility including on top of and behind the enclosures. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris. Spaces in this building not currently being used to house animals are cluttered with accumulation of trash, dust, debris, soiled animal bedding, cobwebs, equipment, and miscellaneous items. Most of the ceiling panels have areas of severe accumulations of dark brown, black, and white staining.



CFR:3.125(a)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 12:20 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc
**Description:** (IMG_0272) In the majority of enclosures, there were jagged edges found in the metal feeders.




CFR:3.125(a)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 12:56 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0169) Photo of a primary enclosure currently housing animals with a feeder that has rusted and jagged edges facing towards the animals.



CFR:3.125(a)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 12:57 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0170 Photo of a primary enclosure currently housing a chinchilla. In the bottom of the photo it shows a feeder facing towards the animal with rusted and jagged edges.



CFR:3.125(a)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 1:01 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0174) Photo of a primary enclosure that is accessible by the male chinchilla. The photo shows the front door of the closure has severe rusting that has resulted in jagged edges. The chinchilla can be seen looking into the enclosure from the connecting tunnel at the top of the photo.



CFR:3.125(a)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 1:06 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0175) Photo of a primary enclosure currently housing a chinchilla. The photo shows the front wall of the wire enclosure is in a state of disrepair with severe rusting that has resulted in creating sharp points facing in towards the animals.



CFR:3.125(a)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 1:10 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0177) Photo of a primary enclosure currently housing a chinchilla. The photo shows a piece of metal from the feeder as been pulled away from the feeder and is creating a sharp point. The piece of metal is facing towards the animal and a chinchilla can be seen resting directly in front of the feeder.



CFR:3.131(c)

**Photographer:** Jonathan Tomkovitch
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 12:29 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc
**Description:** Most of the ceiling panels have areas of severe accumulations of dark brown, black, and white staining.



CFR:3.131(c)

**Photographer:** Jonathan Tomkovitch

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 1:43 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** Most of the ceiling panels have areas of severe accumulations of dark brown, black, and white staining.



CFR:3.125(a)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 1:16 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0182) Photo of a chinchilla currently resting in a metal dust bath container. The photo shows the front and side of the enclosure has rusted resulting in sharp and jagged edges.



CFR:3.125(a)

**Photographer:** Jonathan Tomkovitch
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 12:31 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc

**Description:** In the majority of enclosures, there were jagged edges found in the metal feeders and dust baths.



CFR:3.131(a)

**Photographer:** Jonathan Tomkovitch

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 12:37 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** A black chinchilla was found in an enclosure with excessive buildup of fecal material encompassing the entire floor of the enclosure with minimal to no clean bedding.



CFR:3.131(d)

**Photographer:** Jonathan Tomkovitch

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 12:48 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** There were too numerous to count spiders located throughout the facility, with numerous spiders found on the enclosures in close proximity to the animals. Spider just above enclosures.



CFR:3.131(d)

**Photographer:** Jonathan Tomkovitch

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 1:38 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** There were too numerous to count spiders located throughout the facility, with numerous spiders found on the enclosures in close proximity to the animals.



CFR:2.40(b)(2)

**Photographer:** Jonathan Tomkovitch
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 1:13 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc

**Description:** A gray chinchilla #39 Row 13 has severe generalized matting of the fur on the hind-end. The matted fur in this area appears firm, thick, rough, and with crusting present.



CFR:2.40(b)(2)

**Photographer:** Jonathan Tomkovitch
**Certificate:** 31-B-0195
**Date and Time:** 8/11/2026, 1:13 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001659388
**Facility Name:** R&R Chinchilla Inc

**Description:** A gray chinchilla #39 Row 13 has severe generalized matting of the fur on the hind-end. The matted fur in this area appears firm, thick, rough, and with crusting present.



CFR:3.131(c)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 12:46 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0277) There is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts of cobwebs observed throughout the facility including on top of and behind the enclosures. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris. Spaces in this building not currently being used to house animals are cluttered with accumulation of trash, dust, debris, soiled animal bedding, cobwebs, equipment, and miscellaneous items. Most of the ceiling panels have areas of severe accumulations of dark brown, black, and white staining.



CFR:2.75(b)(1)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 2:16 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0295) The facility does not have an accurate record of all regulated animals on the premises. The record of animals on hand is still missing for the chinchillas that are currently being housed in Building #2. Improper recordkeeping does not allow APHIS officials to properly account for animals on the premises or allow for proper tracking of animals.



CFR:3.125(a)

**Photographer:** Jonathan Tomkovitch

**Certificate:** 31-B-0195

**Date and Time:** 8/11/2026, 12:29 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001659388

**Facility Name:** R&R Chinchilla Inc

**Description:** In the far side of the building, there is a section of the ceiling that is caving in onto a row of enclosures housing some animals and enclosures that could potentially house animals. The ceiling appears to be caving in about 1 foot with a noticeable bend in the structure.