# Exhibit 18:

June 9, 2026

Routine Inspection Report

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001601337**

## Inspection Report

R&R Chinchilla Inc

7754 State Route 103
Jenera, OH 45841

Customer ID: **9130**

Certificate: **31-B-0195**

Site: 001

R&R Chinchilla Inc

Type: ROUTINE INSPECTION

Date: 09-JUN-2026

**2.40(b)(3)** **Direct**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

Four animals were identified by inspectors as requiring veterinary care.

A dark grey female chinchilla born on 09/14/2020, had excessive matting on the hind end. The thick mat of fur was adhered from the back of the legs and base of the tail to the mid-section of the back of the animal. The hair was organically stained with a brown/yellow discoloration and foreign debris was observed entwined in the matted fur. Once removed, the ball of fur measured approximately 6 inches long and 4 inches wide. Additionally, a grey female and a white female chinchilla had matting to varying degrees. These animals were not identified by the facility prior to the inspection.

A black male chinchilla born 10/17/2023, was observed to have an abnormal hair coat. Fur on the head of the animal was long and unremarkable. However, below the head of the animal the fur was short and cropped close to the skin resembling the appearance of a "lion cut". The licensee stated that this chinchilla has poor genetics and engages in hair plucking as others in the blood line had in the past. When APHIS personnel inquired with the Attending Veterinarian if he was aware of this particular animal the AV stated he has not received any communication regarding this animal. The licensee had noticed the issue with this animal but did not convey the information to the Attending Veterinarian in a timely manner.

Failure to conduct adequate daily observations to assess the health and well-being of the animals to convey the information to the attending veterinarian can delay treatment leading to worsening of conditions and delays healing. Matting in animals fur can inhibit proper thermoregulation, cause injury/infection, and be uncomfortable or restrict movements. Excessive grooming or barbering can be an indication of stress or underlying health conditions in the animals.

Correct by ensuring that the animals listed above, and the condition of the animal are reported to the attending veterinarian so that the animals can be properly examined, diagnosed, and treated. Additionally, ensure that daily observation of animals is adequate to identify any signs of poor health. Ensure that there is accurate and timely communication of problems of animal health, behavior, and well-being are conveyed to the attending veterinarian. Correct by, 10-June-2026 at 5:00 PM.

**2.131(b)(1)** **Direct**

**Prepared By:** MARK SANDERBECK

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 11-JUN-2026

**Received by Title:** Facility Representative

**Date:** 11-JUN-2026

**Handling of animals.**

The facility handled an animal in a manner that resulted in unnecessary stress and discomfort.

Inspectors observed a dark grey female chinchilla born on 09/14/2020, that had excessive matting on the hind end. The thick mat of fur was adhered from the back of the legs and base of the tail to the mid-section of the back of the animal. The hair was organically stained with a brown/yellow discoloration and foreign debris was observed entwined in the matted fur.

Inspectors requested that the animal be removed from the enclosure for closer observation. The licensee removed the animal from the enclosure by the base of the tail and investigated the matting. He then placed the animal to hang over his knee while still restraining the animal by the tail and slowly peeled the matting from the fur and skin. The chinchilla made attempts to escape while hanging by the tail by kicking and attempting to bite the licensee during this exchange. Inspectors questioned the representative if this was the typical way that mats are removed and recommended veterinary oversite to remove the mat. Once removed, the ball of fur measured approximately 6 inches long and 4 inches wide. There was a large area of bare skin observed where the fur was peeled away along with the mat.

Failure to handle animals appropriately can lead to stress and discomfort. Additionally, holding the weight of the animal by the tail can lead to fracture or degloving of the tail.

Correct by ensuring that all animals are handled as expeditiously and carefully as possible in a manner that does not cause trauma, behavioral stress, physical harm, or unnecessary discomfort. Correct by, 09-June-2026 at 5:00 PM.

**3.131(a)** **Direct**

**Sanitation.**

The facility is not adequately cleaning enclosures. Upon gaining entry to the facility a strong smell of ammonia was experienced by APHIS personnel. The back room of the facility was observed to have approximately 58 enclosures housing 70 chinchillas with excessive fecal material encompassing the entire floor area with minimal to no clean bedding. Several of the enclosures were observed with excessively wet bedding providing no dry space for the animals to lie down on the floor of the enclosure. In one of the enclosures with severely wet and soiled bedding a single chinchilla was observed with wet fur on the underside of the animal. Additionally, the animals are required to walk through the fecal material and wet substrate to gain access to both the food and water receptacles. When inquiring about the cleaning schedule at the facility the representative stated he cleans as often as necessary but has not cleaned this area of the facility in at least 2 weeks.

Accumulations of feces, urine, and soiled bedding are harmful to the animals as they can spread disease, attract pests, and cause unpleasant odors. Additionally, due to this species' natural history an excessively wet and moist environment can be detrimental to the health and well-being of the animals. Excreta shall be removed from primary enclosures as often as necessary to prevent contamination of the animals contained therein and to minimize disease hazards and to reduce odors.

Correct by 10-June-2026 at 5:00 pm

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:** 11-JUN-2026

**Received by Title:** Facility Representative

**Date:** 11-JUN-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001601337**

# Inspection Report

A complete routine inspection was conducted starting on 6-9-2026. This inspection report is limited to the Direct non-compliances identified during that inspection. An additional inspection report will be delivered with the other issues identified during this inspection.

This inspection and exit interview were conducted with the facility representative.

Additional Inspectors:

Eric Irvin, VETERINARY MEDICAL OFFICER

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:** 11-JUN-2026

**Received by Title:** Facility Representative

**Date:** 11-JUN-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 9130
Inspection Date: 09-Jun-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9130 | 31-B-0195 | 001 | R&R Chinchilla Inc | 09-JUN-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000331 | *Chinchilla lanigera* | CHINCHILLA |
| 000331 | **Total** | |



CFR:3.131(a)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 6/9/2026, 12:18 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001601338
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2332) The facility is not adequately cleaning enclosures. Upon gaining entry to the facility a strong smell of ammonia was experienced by APHIS personnel. The back room of the facility was observed to have approximately 58 enclosures housing 70 chinchillas with excessive fecal material encompassing the entire floor area with minimal to no clean bedding. Additionally, the animals are required to walk through the fecal material and wet substrate to gain access to both the food and water receptacles. When inquiring about the cleaning schedule at the facility the representative stated he cleans as often as necessary but has not cleaned this area of the facility in at least 2 weeks.



CFR:3.131(a)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 6/9/2026, 7:32 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001601338

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2235) Several of the enclosures were observed with excessively wet bedding providing no dry space for the animals to lie down on the floor of the enclosure. In one of the enclosures with severely wet and soiled bedding a single chinchilla was observed with wet fur on the underside of the animal. Additionally, the animals are required to walk through the fecal material and wet substrate to gain access to both the food and water receptacles. When inquiring about the cleaning schedule at the facility the representative stated he cleans as often as necessary but has not cleaned this area of the facility in at least 2 weeks.



CFR:3.131(a)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 6/9/2026, 12:19 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001601338

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2234) VIDEO- Several of the enclosures were observed with excessively wet bedding providing no dry space for the animals to lie down on the floor of the enclosure. In one of the enclosures with severely wet and soiled bedding a single chinchilla was observed with wet fur on the underside of the animal. Additionally, the animals are required to walk through the fecal material and wet substrate to gain access to both the food and water receptacles. When inquiring about the cleaning schedule at the facility the representative stated he cleans as often as necessary but has not cleaned this area of the facility in at least 2 weeks.



CFR:2.131(b)(1)

**Photographer:** Mark Sanderbeck

**Date and Time:** 6/9/2026, 12:05 PM

**Inspection No:** 2016090001601338

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2311) VIDEO- The facility handled an animal in a manner that resulted in unnecessary stress and discomfort. Inspectors observed a dark grey female chinchilla born on 09/14/2020, that had excessive matting on the hind end. The thick mat of fur was adhered from the back of the legs and base of the tail to the mid-section of the back of the animal. The hair was organically stained with a brown/yellow discoloration and foreign debris was observed entwined in the matted fur. Inspectors requested that the animal be removed from the enclosure for closer observation. The licensee removed the animal from the enclosure by the base of the tail and investigated the matting. He then placed the animal to hang over his knee while still restraining the animal by the tail and slowly peeled the matting from the fur and skin. The chinchilla made attempts to escape while hanging by the tail by kicking and attempting to bite the licensee during this exchange. Inspectors questioned the representative if this was the typical way that mats are removed and recommended veterinary oversite or to use clippers to remove the mat. Once removed, the ball of fur measured approximately 6 inches long and 4 inches wide. There was a large area of bare skin observed where the fur was peeled away along with the mat.



CFR:2.40(b)(3)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 6/9/2026, 12:09 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001601338
**Facility Name:** R&R Chinchilla Inc
**Description:** (IMG_2317) Second additional female grey chinchilla with matting on the hind end.



CFR:2.40(b)(3)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 6/9/2026, 12:11 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001601338

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2321) Additional white female chinchilla with matting on the rear and back.



CFR:2.40(b)(3)

**Photographer:** Mark Sanderbeck

**Date and Time:** 6/9/2026, 11:53 AM

**Inspection No:** 2016090001601338

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2303) A black male chinchilla born 10/17/2023, was observed to have an abnormal hair coat. Fur on the head of the animal was long and unremarkable. However, below the head of the animal the fur was short and cropped close to the skin resembling the appearance of a "lion cut". The licensee stated that this chinchilla has poor genetics and engages in hair plucking as others in the blood line had in the past.



CFR:2.131(b)(1);2.40(b)(3)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 6/9/2026, 12:02 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001601338

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2309) Inspectors observed a dark grey female chinchilla born on 09/14/2020, that had excessive matting on the hind end. The thick mat of fur was adhered from the back of the legs and base of the tail to the mid-section of the back of the animal. The hair was organically stained with a brown/yellow discoloration and foreign debris was observed entwined in the matted fur.