Exhibit 19:

June 9, 2026

Focused Inspection Report

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001599153**

# Inspection Report

R&R Chinchilla Inc

7754 State Route 103
Jenera, OH 45841

Customer ID: **9130**

Certificate: **31-B-0195**

Site: 001

R&R Chinchilla Inc

Type: FOCUSED INSPECTION

Date: 09-JUN-2026

**2.75(b)(1)** **Repeat**

**Records: Dealers and exhibitors.**

The facility does not have a current record of animals on hand. The records are missing a total number of animals and animals that have been born/euthanized since the last inspection. Improper recordkeeping does not allow APHIS officials to properly account for animals on the premises or allow for proper tracking of animals. Each dealer and exhibitor shall make, keep, and maintain records or forms which fully and correctly disclose all information required by the AWA concerning each animal purchased or otherwise acquired, owned, held, or otherwise in his or her possession or under his or her control, or which is transported, euthanized, sold, or otherwise disposed of by that dealer or exhibitor. Correct by ensuring there is a complete and appropriate record of animals on hand.

**3.126(b)**

**Facilities, indoor.**

A strong odor of ammonia is present in the animal housing areas. The inspectors' eyes felt irritated throughout the inspection of the building. The licensee stated that cleaning in the different rooms have ranged in cleaning from one to two weeks. High levels of ammonia can cause discomfort to the animals and lead to further health issues.
Indoor housing facilities shall be adequately ventilated by natural or mechanical means to provide for the health and to prevent discomfort of the animals at all times. Such facilities shall be provided with fresh air either by means of windows, doors, vents, fans, or air-conditioning and shall be ventilated so as to minimize drafts, odors, and moisture condensation. The licensee must ensure that the ammonia is kept at a compliant level either by removal of ammonia causing waste and/or proper ventilation at all times in order to support the health of the animals. Correct by, 16-June-2026.

**3.129(a)**

**Feeding.**

The food provided in two enclosures housing two chinchillas is not wholesome and palatable. The food that is typically a light brown/green pellets have become dried and dark grey. There is also a white dusty material present on the pellets. Failure to provide wholesome and palatable food to animals can result in malnutrition, exposure to contaminates (mold), and disease. Correct by ensuring that the food is wholesome, palatable, and free from contamination and of sufficient quantity and nutritive value to maintain all animals in good health. The diet shall be prepared with consideration for the age, species, condition, size, and type of the animal. Animals shall be fed at least once a day except as dictated by hibernation, veterinary treatment, normal fasts, or other professionally accepted practices. Correct by, 11-June-2026.

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:** 11-JUN-2026

**Received by Title:** Licensee

**Date:** 11-JUN-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001599153**

## Inspection Report

**3.131(c)** **Repeat**

**Sanitation.**

The facility is not adequately cleaning the premises. In the building housing the chinchillas there is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are numerous cobwebs observed throughout the facility including on top of and behind the enclosures currently housing animals. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught between the stacked enclosures and on the automatic watering lines. The enclosures that utilize pull-out trays to catch animal droppings were observed excessively full of feces, urine, bedding, and food. These pull-out trays vary in severity with multiple trays observed with moldy and decomposing dark brown/black organic material with numerous flies swarming out of the trays.

Failure to adequately clean the animal enclosures and the premises can lead to illness, transmission of diseases, and attract unwanted pests. The facility must ensure that the premises are kept clean and in good repair to protect the animals from injury to facilitate the prescribed husbandry practices set forth in this subpart.

**3.131(d)**

**Sanitation.**

An effective pest control method was not being utilized by the facility. Excessive flying insects were noted in enclosures in the back room of the facility housing chinchillas. When the chinchilla enclosure was touched, a large swarm of insects was observed within and around the enclosure. Insects can spread disease, contaminate food and water, and cause discomfort and distress to the animals. A safe and effective program for the control of insects and pests must be established and maintained. The licensee must establish an effective plan for the control of the insects. Correct by 16-June-2026.

This is a continuation of the report for the routine inspection conducted 09-June-2026 and contains the remaining non-compliances found during the inspection. The exit briefing for the items included on this report was conducted on 11-June-2026.

This inspection was conducted with the Facility Representative on 09-June-2026. The exit interview was conducted with the Facility Representative on 11-June-2026.

Additional Inspectors:

Eric Irvin, VETERINARY MEDICAL OFFICER

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR
**Date:** 11-JUN-2026

**Received by Title:** Licensee
**Date:** 11-JUN-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 9130
Inspection Date: 09-Jun-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9130 | 31-B-0195 | 001 | R&R Chinchilla Inc | 09-JUN-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000331 | *Chinchilla lanigera* | CHINCHILLA |
| 000331 | **Total** | |



CFR:3.131(c)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 6/9/2026, 12:10 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001599154

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2319) The facility is not adequately cleaning the premises. In the building housing the chinchillas there is an excess of discarded bedding and fecal material on the floors.



CFR:3.131(c)

**Photographer:** Eric Irvin

**Date and Time:** 6/9/2026, 11:59 PM

**Inspection No:** 2016090001599154

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** Additional close-up photo showing excessive feces, pelleted food, and brown/black organic debris in various stages of decomposition in the trays underneath the flooring of the enclosures currently housing 2 chinchillas. The photo also shows clumping of animal hair on the automatic watering line.



CFR:3.131(c)

**Photographer:** Eric Irvin

**Date and Time:** 6/9/2026, 11:59 PM

**Inspection No:** 2016090001599154

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** Close-up photo shows excessive feces, pelleted food, and brown/black organic debris in various stages of decomposition in the trays underneath the flooring of the enclosures. The photo also shows clumping of animal hair on the automatic watering line.



CFR:3.131(c)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 6/9/2026, 11:59 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001599154

**Facility Name:** R&R Chinchilla Inc

**Description:** Photo showing clumps of animal hair caught in the wire mesh in the front of the enclosures housing animals. The photo also shows clumping of animal hair caught between the stacked rows of enclosures and on the automatic watering lines. Additionally, the photo shows excessive feces, pelleted food, and organic debris in various stages of decomposition in the trays underneath the flooring of the enclosures.



CFR:3.131(c)

**Photographer:** Eric Irvin

**Date and Time:** 6/9/2026, 11:51 AM

**Inspection No:** 2016090001599154

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** Photo of the front section of the building showing cobwebs observed above the enclosures currently housing the chinchillas.



CFR:3.131(c)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 6/9/2026, 12:01 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001599154
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2305) The facility is not adequately cleaning the premises. In the building housing the chinchillas there is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are numerous cobwebs observed throughout the facility including on top of and behind the enclosures currently housing animals.

CFR:3.131(d)

**Photographer:** Mark Sanderbeck

**Date and Time:** 6/9/2026, 12:19 PM

**Inspection No:** 2016090001599154

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2334) VIDEO- An effective pest control method was not being utilized by the facility. Excessive flying insects were noted in enclosures in the back room of the facility housing chinchillas. When the chinchilla enclosure was touched, a large swarm of insects was observed within and around the enclosure



CFR:3.129(a)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 6/9/2026, 12:13 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001599154

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_2327) Enclosure 1-The food provided in two enclosures housing two chinchillas is not wholesome and palatable. The food that is typically a light brown/green pellets have become dried and dark grey. There is also a white dusty material present on the pellets.