# Exhibit 20:

June 23, 2026

Routine Inspection Report

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001610080**

# Inspection Report

R&R Chinchilla Inc

7754 State Route 103
Jenera, OH 45841

Customer ID: **9130**

Certificate: **31-B-0195**

Site: 001

R&R Chinchilla Inc

Type: ROUTINE INSPECTION

Date: 23-JUN-2026

**3.131(c)** **Repeat**

**Sanitation.**

The facility is not adequately cleaning the premises. In the building housing the chinchillas there is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are numerous cobwebs observed throughout the facility including on top of and behind the enclosures currently housing animals. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris.

Failure to adequately clean the animal enclosures and the premises can lead to illness, transmission of diseases, and attract unwanted pests. The facility must ensure that the premises are kept clean and in good repair to protect the animals from injury to facilitate the prescribed husbandry practices set forth in this subpart.

This inspection and exit interview were conducted with a Facility Representative.

Additional Inspectors:

Eric Irvin, VETERINARY MEDICAL OFFICER

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 26-JUN-2026

**Received by Title:** Facility Representative

**Date:** 26-JUN-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 9130
Inspection Date: 23-Jun-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9130 | 31-B-0195 | 001 | R&R Chinchilla Inc | 23-JUN-2026 |

| **Count** | **Scientific Name** | **Common Name** |
|---|---|---|
| 000341 | *Chinchilla lanigera* | CHINCHILLA |
| 000341 | **Total** | |



CFR:3.131(c)

**Photographer:** Eric Irvin
**Certificate:** 31-B-0195
**Date and Time:** 6/23/2026, 12:59 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001610081
**Facility Name:** R&R Chinchilla Inc

**Description:** Photo showing the aisle between rows of animal enclosures and the excessive bedding entrapped in the rear section of the enclosures. The photo also shows an excess of bedding and feces on the floor of the aisle.



CFR:3.131(c)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 6/23/2026, 12:21 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001610081

**Facility Name:** R&R Chinchilla Inc

**Description:** Zoomed out photo of an enclosure currently housing a chinchilla showing the excessive clumping of animal hair, cobwebs, and bedding between the rear section of the enclosures and a piece of cardboard.



CFR:3.131(c)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 6/23/2026, 12:20 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001610081

**Facility Name:** R&R Chinchilla Inc

**Description:** Close-up photo of the rear section of an animal enclosure showing excessive clumping of cobwebs and animal fur with entrapped bedding. The clumps are hanging in between the rear section of the enclosures and a piece of cardboard.



CFR:3.131(c)

**Photographer:** Eric Irvin
**Certificate:** 31-B-0195
**Date and Time:** 6/23/2026, 12:06 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001610081
**Facility Name:** R&R Chinchilla Inc

**Description:** Photo showing an excessive amount of animal hair entrapped and clumping on the metal wiring of the front section of the enclosures and the automatic watering lines.



CFR:3.131(c)

**Photographer:** Eric Irvin
**Certificate:** 31-B-0195
**Date and Time:** 6/23/2026, 12:01 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001610081
**Facility Name:** R&R Chinchilla Inc

**Description:** Photo showing cobwebs and animal hair with trapped bedding on the front of enclosures currently housing animals.



CFR:3.131(c)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 6/23/2026, 12:03 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001610081

**Facility Name:** R&R Chinchilla Inc

**Description:** Close-up photo of the area above animal enclosures showing cobwebs and dust attached to an electrical cord.



CFR:3.131(c)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 6/23/2026, 12:00 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001610081

**Facility Name:** R&R Chinchilla Inc

**Description:** Photo of the area above enclosures currently containing animals showing multiple cobwebs.