# Exhibit 21:

August 5, 2026

Focused Inspection Report

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001652911**

## Inspection Report

R&R Chinchilla Inc
7754 State Route 103
Jenera, OH 45841

Customer ID: **9130**
Certificate: **31-B-0195**
Site: 001
R&R Chinchilla Inc

Type: FOCUSED INSPECTION
Date: 05-AUG-2026

**2.75(b)(1)** **Repeat**

**Records: Dealers and exhibitors.**

The facility does not have an accurate record of all regulated animals present on the premises. The records are missing approximately 805 animals that were located in a second building not previously disclosed to APHIS officials. Additionally, the facility does not have a record of animals that have been acquired in this second undisclosed building.

Improper recordkeeping does not allow APHIS officials to properly account for animals on the premises or allow for proper tracking of animals. Each dealer and exhibitor shall make, keep, and maintain records or forms which fully and correctly disclose all information required by the AWA concerning each animal purchased or otherwise acquired, owned, held, or otherwise in his or her possession or under his or her control, or which is transported, euthanized, sold, or otherwise disposed of by that dealer or exhibitor.

**3.125(a)** **Repeat**

**Facilities, general.**

Multiple enclosures in the second animal housing building have sharp points that are accessible to the animals. There is rust and corrosion creating sharp points and jagged edges on dust baths, enclosure fronts, food and water receptacles.

Failure to ensure that the enclosures are maintained in good repair can result in injury to the animals and decreased structural strength.

Correct by ensuring that the facility is constructed of such material and such strength as appropriate for the animals involved. The indoor and outdoor housing facility shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

**3.126(b)** **Repeat**

**Facilities, indoor.**

A strong odor of ammonia is present in the second building animal housing area. The inspectors' eyes felt irritated throughout the inspection of the building. The licensee stated that cleaning in the building has ranged in cleaning from one to two weeks.

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:** 06-AUG-2026

**Received by Title:** Facility Representative

**Date:** 06-AUG-2026

High levels of ammonia can cause discomfort to the animals and lead to further health issues.

Indoor housing facilities shall be adequately ventilated by natural or mechanical means to provide for the health and to prevent discomfort of the animals at all times. Such facilities shall be provided with fresh air either by means of windows, doors, vents, fans, or air-conditioning and shall be ventilated so as to minimize drafts, odors, and moisture condensation. The licensee must ensure that the ammonia is kept at a compliant level either by removal of ammonia causing waste and/or proper ventilation at all times in order to support the health of the animals.

**3.131(c)** **Repeat**

**Sanitation.**

The facility is not adequately cleaning the premises. In the second building housing area that houses approximately 805 chinchillas, there is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts cobwebs observed throughout the facility in both buildings including on top of and behind the enclosures currently housing approximately 1147 animals. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris. Additionally, spaces in this building not currently being used to house animals are cluttered with accumulation of trash, dust, debris, soiled animal bedding, cobwebs, equipment, and miscellaneous items.

Failure to adequately clean the animal enclosures and the premises can lead to illness, transmission of diseases, and attract unwanted pests. The facility must ensure that the premises are kept clean and in good repair to protect the animals from injury to facilitate the prescribed husbandry practices set forth in this subpart.

**3.131(d)**

**Sanitation.**

A safe pest control method is not being utilized at the facility. The facility had multiple empty enclosures with open packets of rat poison among enclosures currently housing animals. These enclosures were present in a second previously undisclosed building of the facility. Inspectors observed one enclosure with open rat poison that is directly adjacent to enclosures currently housing chinchillas on the sides and above/below the open bait.

Failure to ensure that rodent poison is used at a safe distance from other rodents (chinchillas) risks accidental poisoning of the covered species and is a threat to animal welfare.

A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained. Correct by, 06-August-2026.

**3.132**

**Employees.**

There is an insufficient number of adequately trained employees to carry out the level of husbandry practices and care required by the Animal Welfare Act. There is only two full-time people responsible for the care of approximately 1147 animals at this facility. There is a history of numerous non-compliances identified pertaining to the cleaning, sanitation, watering, and veterinary care.

## Inspection Report

The issues seen are consistent with shortages of personnel. Insufficient personnel can lead to a failure in maintenance of the facility, delayed care for the animals, and unnecessary suffering and health concerns for the animals. The facility must ensure a sufficient number of adequately trained employees are utilized to maintain the professionally acceptable level of husbandry practices set forth in this subpart. Such practices shall be under the supervision of an animal caretaker who has a background in animal husbandry or care. Correct by, 14-August-2026.

This is a continuation of the report for the routine inspection conducted 05-August-2026 and contains the remaining non-compliances found during the inspection. The exit briefing for the items included on this report was conducted on 06-August-2026.

Additional Inspectors:

Eric Irvin, VETERINARY MEDICAL OFFICER

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:**
06-AUG-2026

**Received by Title:** Facility Representative

**Date:**
06-AUG-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 9130
Inspection Date: 05-Aug-2026

# Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9130 | 31-B-0195 | 001 | R&R Chinchilla Inc | 05-AUG-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 001147 | *Chinchilla lanigera* | CHINCHILLA |
| 001147 | **Total** | |



CFR:3.131(c);3.131(d);3.132

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:20 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0137) Photo of an empty primary enclosure in Building #2 that contains 2 open packets of rodent poison. The enclosure directly below the rat poison shows a dead chinchilla lying on it's side. Additionally, the photo shows an excessive accumulation of cobwebs, discarded bedding, dust, and animal fur on the front of the rows of enclosures.




CFR:3.131(c);3.132

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 12:37 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0106) Photo of a side room in Building #2 not currently being used to house animals. The photo shows excessive cobwebs and dust covering all surfaces. There is discarded hay and bedding covering the floor. There are piles of empty bags and boxes along with various miscellaneous items cluttering the room.



CFR:3.131(c);3.132

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 12:15 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0101) Photo showing cobwebs attached to the automatic watering lines to primary enclosures currently housing animals in Building #1. The photo also shows discarded bedding trapped in the cobwebs.



CFR:3.131(c);3.132

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 12:14 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0098) Photo of excessive cobwebs above primary enclosures currently housing animals in Building #1.



CFR:3.125(a);3.132

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:02 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0117) Close-up photo of a primary enclosure currently housing chinchillas in Building #2. The photo shows excessive rusting and corrosion of the metal wiring of the enclosure wall and the door. A piece of the metal wire is shown sticking into the enclosure towards the animals.



CFR:3.125(a);3.132

**Photographer:** Eric Irvin

**Date and Time:** 8/5/2026, 1:02 PM

**Inspection No:** 2016090001652912

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0118) Photo of a primary enclosure currently housing chinchillas. The photo shows excessive rusting and corrosion of the metal wiring of the enclosure wall and the door. A piece of the metal wire is shown sticking into the enclosure towards the animals.



CFR:3.131(d);3.132

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:50 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0200) A safe pest control method is not being utilized at the facility. The facility had multiple empty enclosures with open packets of rat poison among enclosures currently housing animals. These enclosures were present in a second previously undisclosed building of the facility.



CFR:3.131(c);3.132

**Photographer:** Mark Sanderbeck

**Date and Time:** 8/5/2026, 1:55 PM

**Inspection No:** 2016090001652912

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0204) The facility is not adequately cleaning the premises. In the second building housing area that houses approximately 805 chinchillas, there is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts cobwebs observed throughout the facility in both buildings including on top of and behind the enclosures currently housing approximately 1147 animals. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris.



CFR:3.131(c);3.132

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 12:37 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0132) Building 2 - The facility is not adequately cleaning the premises. In the second building housing area that houses approximately 805 chinchillas, there is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts cobwebs observed throughout the facility in both buildings including on top of and behind the enclosures currently housing approximately 1147 animals. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris.



CFR:3.131(c);3.132

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 12:32 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001652912
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0131) Building 2 - The facility is not adequately cleaning the premises. In the second building housing area that houses approximately 805 chinchillas, there is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts cobwebs observed throughout the facility in both buildings including on top of and behind the enclosures currently housing approximately 1147 animals. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris.



CFR:3.125(a);3.132

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 1:56 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001652912
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0205) Multiple sharp points around feeder. - Multiple enclosures in the second animal housing building have sharp points that are accessible to the animals. There is rust and corrosion creating sharp points and jagged edges on dust baths, enclosure fronts, food and water receptacles.



CFR:3.125(a);3.132

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/5/2026, 12:49 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001652912
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0140) Corroded and bent enclosure front creating many sharp points. - Multiple enclosures in the second animal housing building have sharp points that are accessible to the animals. There is rust and corrosion creating sharp points and jagged edges on dust baths, enclosure fronts, food and water receptacles.



CFR:2.75(b)(1)

**Photographer:** Mark Sanderbeck

**Date and Time:** 8/5/2026, 7:06 PM

**Inspection No:** 2016090001652912

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0207) Written inventory provided to inspectors at the facility. - The facility does not have an accurate record of all regulated animals present on the premises. The records are missing approximately 805 animals that were located in a second building not previously disclosed to APHIS officials. Additionally, the facility does not have a record of animals that have been acquired in this second undisclosed building.



CFR:3.131(c);3.132

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 12:37 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0105) Photo of a side room that is adjacent to a room currently housing animals in Building #2. The photo shows excessive cobwebs and dust covering the majority of the surfaces. Additionally, the photo shows an accumulation of trash, debris, equipment, and miscellaneous items cluttered throughout the entire room.



CFR:3.125(a);3.132

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/5/2026, 1:31 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001652912

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0139) Photo of a primary enclosure currently housing animals in Building #2. The photo shows the sand bath box attached to the enclosure has rusted and jagged edges along the top that are accessible to the animals.