# Exhibit 22:

August 7, 2026

Focused Inspection Report

United States Department of Agriculture
Animal and Plant Health Inspection Service

MSANDERBECK
**INS-0001654054**

# Inspection Report

R&R Chinchilla Inc

7754 State Route 103
Jenera, OH 45841

Customer ID: **9130**

Certificate: **31-B-0195**

Site: 001

R&R Chinchilla Inc

Type: FOCUSED INSPECTION

Date: 07-AUG-2026

**2.40(b)(2)** **Direct** **Repeat**

**Attending veterinarian and adequate veterinary care (dealers and exhibitors).**

The facility is not providing adequate veterinary care to the animals. The facility did not have the 20 animals that were identified as requiring veterinary care during the inspection on 05-August-2026 evaluated by a licensed veterinarian by the deadline of 12:00 pm on 06-August-2026. The Attending Veterinarian did not evaluate these animals until approximately 11:30 am on 07-August-2026. Additionally, in the second building of the facility, APHIS personnel identified several additional animals requiring veterinary care:

-One grey female chinchilla (J847) was found with a thin metal disk shaped collar imbedded in its neck. The chinchilla was observed by inspectors as having wet fur and a pouch of skin in front of the collar and a pouch of skin hanging behind the collar. Inspectors requested the licensee remove the animal from the enclosure for closer observation. Upon further observation it was clearly visible that the collar had been imbedded. The skin on both sides of the collar on the throat of the animal had matted dried clumps of brown discharge. There was also excessive visible wetness around the collar with red and green discharge present. There was a strong foul odor coming from the animal as it was being handled. The skin pouches on both sides of the collar had hair-loss and the skin was wet and pink and red in color.
-A gray chinchilla (F294) was observed with an abnormal left eye. The eye has a diffuse bluish-gray tint obscuring the majority of the globe of the eye. The lower half of the globe appears to have an accumulation of white material in the eye.
-A white and gray Chinchilla (788) was observed with wounds at the base of and on the tissue of the right ear. There are brown-red scabs noted on the skin and crusted into the fur around the ear. The facility representative believes the cage mate has caused the trauma to the animal and they were separated at the time of inspection.
-A white and gray chinchilla in cage 16 was observed with mild yellow thick pus-like discharge exuding from the right eye.
-A gray chinchilla (H1554) was observed with a markedly swollen and closed left eye. There is a thick yellow and brown discharge that is crusted into the fur surrounding the eye.
-A light grey chinchilla (R3402) was observed hypersalivating and with generalized matted fur extending from the neck to the tail of the animal. The facility representative believes the hypersalivation may be due to malocclusion but this could not be determined at the time of inspection.
-A gray chinchilla (L10) contained clumps of matted fur on the mid-back and hind-end of the animal. The matted fur has a yellow-brown discoloration.

Failure to provide appropriate methods to prevent, control, diagnose, and treat diseases and injuries can lead to worsening of medical conditions resulting in unnecessary pain and distress to the animals. Correct by ensuring that the

**Prepared By:** MARK SANDERBECK

USDA, APHIS, Animal Care

**Title:** ANIMAL CARE INSPECTOR

**Date:** 07-AUG-2026

**Received by Title:** Facility Representative

**Date:** 07-AUG-2026

animals listed above and the condition of the animal are reported to the attending veterinarian so that the animals can be properly examined, diagnosed, and treated. Correct by, 08-August-5:00 PM.

**2.75(b)(1)** **Repeat**

**Records: Dealers and exhibitors.**

The facility does not have an accurate record of all acquisitions and dispositions for regulated animals. The records of animals on hand are still missing the chinchillas that are currently being housed in Building #2. The facility representative states that animals are being bred and sold online but could not provide any disposition records for these sales.

Improper recordkeeping does not allow APHIS officials to properly account for animals on the premises or allow for proper tracking of animals. Each dealer and exhibitor shall make, keep, and maintain records or forms which fully and correctly disclose all information required by the AWA concerning each animal purchased or otherwise acquired, owned, held, or otherwise in his or her possession or under his or her control, or which is transported, euthanized, sold, or otherwise disposed of by that dealer or exhibitor.

**2.131(b)(1)** **Direct**

**Handling of animals.**

The facility is not handling animals in a manner that does not cause trauma or unnecessary discomfort. One grey female chinchilla (J847) was found with a thin metal disk shaped collar imbedded in its neck. The chinchilla was observed by inspectors as having wet fur and a pouch of skin in front of the collar and a pouch of skin hanging behind the collar. Inspectors requested the licensee remove the animal from the enclosure for closer observation. Upon further observation it was clearly visible that the collar had been imbedded. The skin on both sides of the collar on the throat of the animal there was matted dried clumps of brown discharge. There was also excessive visible wetness around the collar with red and green discharge present. There was a strong foul odor coming from the animal as it was being handled. The skin pouches on both sides of the collar had hair-loss and the skin was wet and pink and red in color. The facility could not recall the last time that this collar was checked.

The thin disk-shaped metal collars are utilized by the facility for breeding. Multiple enclosures are connected by a run along the back of the enclosures. The run has a hole as an entrance and exit for the male (with no collar) to the different females housing areas. The females are restricted from the runs in the back of the enclosure by the thin disk-shaped collars that are larger than the entrance and exit hole in the run.

Failure to check the metal collars on the animals regularly can cause severe discomfort, serious injury, distress or death to the animal. Additionally, compatibility issues can arise due to the females inability to escape the male during breeding when these collars are used.

Handling of all animals shall be done as expeditiously and carefully as possible in a manner that does not cause trauma, overheating, excessive cooling, behavioral stress, physical harm, or unnecessary discomfort. Correct by, 08-August-2026 at 5:00 PM.

**3.125(a)** **Repeat**

**Facilities, general.**

The facility is not being adequately maintained in good repair, is not structurally sound, and does not protect the animals from injury:

-In the far side of the building, there is a section of the ceiling that is caving in onto a row of enclosures housing some animals and enclosures that could potentially house animals. The ceiling appears to be caving in about 1 foot with a noticeable bend in the structure.
-In the majority of enclosures, there were jagged edges found in the metal feeders and dust baths.
-There were various sharp points on metal wiring of the enclosure fronts, doors, and walls of enclosures.
- One metal solid surface of a litter pan was rusted through creating sharp and jagged edges.

Failure to maintain housing facilities in structurally sound condition and in good repair could result in the ceiling falling onto the enclosures causing injury to the regulated animals. Jagged edges could also result in injury to the regulated animals. The facility must be constructed of such material and of such strength as appropriate for the animals involved. Correct by ensuring housing facilities shall be structurally sound and shall be maintained in good repair to protect the animals from injury and to contain the animals.

**3.126(b)** **Direct** **Repeat**

**Facilities, indoor.**

A strong odor of ammonia is present in the second building animal housing area. The inspectors' eyes felt irritated throughout the inspection of the building and personnel were forced to leave the building due to chest irritation and coughing. Additionally, there was no appreciable air flow and the air was stale in this building. There are numerous animals in this building that are experiencing severe ocular and respiratory issues. The facility representative stated that he believed all the current medical issues are likely due to “bad air”. The licensee stated that cleaning in the building has ranged from one to two weeks.

High levels of ammonia can cause discomfort to the animals and lead to further health issues.

The facility must ensure indoor housing facilities shall be adequately ventilated by natural or mechanical means to provide for the health and to prevent discomfort of the animals at all times. Such facilities shall be provided with fresh air either by means of windows, doors, vents, fans, or air-conditioning and shall be ventilated so as to minimize drafts, odors, and moisture condensation.

**3.131(c)** **Repeat**

**Sanitation.**

The facility is not adequately cleaning the premises:

-There is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts of cobwebs observed throughout the facility including on top of and behind the enclosures. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures. Hair was also seen caught on the automatic watering lines. Unused enclosures and runs that attach multiple enclosures for breeding contain multiple cobwebs trapping debris. Spaces in this building not currently being used to house animals are cluttered with accumulation of trash, dust, debris, soiled animal bedding, cobwebs,

equipment, and miscellaneous items.

-Most of the ceiling panels have areas of severe accumulations of dark brown, black, and white staining.

Failure to adequately clean the animal enclosures and the premises can lead to illness, transmission of diseases, and attract unwanted pests. The facility must ensure that the premises are kept clean and in good repair to protect the animals from injury to facilitate the prescribed husbandry practices set forth in this subpart.

**3.131(d)** **Repeat**

**Sanitation.**

A safe pest control method is not being utilized at the facility:

-The facility had multiple empty enclosures with open packets of rat poison among enclosures currently housing animals.
-There were too numerous to count spiders located throughout the facility, with numerous spiders found on the enclosures in close proximity to the animals.

Failure to ensure that rodent poison is used at a safe distance from other rodents (chinchillas) risks accidental poisoning of the covered species and is a threat to animal welfare. Failure to ensure facility is free from pests could result in injury or disease transmission to the regulated animals. A safe and effective program for the control of insects, ectoparasites, and avian and mammalian pests shall be established and maintained.

This inspection and exit interview were conducted with the facility representative.

Additional Inspectors:

Eric Irvin, VETERINARY MEDICAL OFFICER

Jonathan Tomkovitch, VETERINARY MEDICAL OFFICER

**Prepared By:** MARK SANDERBECK
USDA, APHIS, Animal Care
**Title:** ANIMAL CARE INSPECTOR

**Date:** 07-AUG-2026

**Received by Title:** Facility Representative

**Date:** 07-AUG-2026

United States Department of Agriculture
Animal and Plant Health Inspection Service

Customer: 9130
Inspection Date: 07-Aug-2026

## Species Inspected

| Cust No | Cert No | Site | Site Name | Inspection |
|---|---|---|---|---|
| 9130 | 31-B-0195 | 001 | R&R Chinchilla Inc | 07-AUG-2026 |

| Count | Scientific Name | Common Name |
|---|---|---|
| 000753 | *Chinchilla lanigera* | CHINCHILLA |
| 000753 | **Total** | |



CFR:3.131(d)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 3:06 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0227) Photo 2 - The facility had multiple empty enclosures with open packets of rat poison among enclosures currently housing animals.



CFR:3.131(d)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 3:29 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0238) photo 1 - The facility had multiple empty enclosures with open packets of rat poison among enclosures currently housing animals.



CFR:3.125(a)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 2:41 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0217) photo of sharp points near feeder and water source- In the majority of enclosures, there were jagged edges found in the metal feeders and dust baths.



CFR:3.125(a)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 4:07 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0264) One metal solid surface of a litter pan was rusted through creating sharp and jagged edges.



CFR:3.131(c)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 2:34 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0214) There is an excess of discarded bedding and fecal material on the floors between the rows of animal enclosures. There are excessive amounts of cobwebs observed throughout the facility including on top of and behind the enclosures. Multiple enclosures were observed with clumps of hair from the animals trapped in the wire fencing in both the front and rear of the enclosures.




CFR:2.75(b)(1)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 8:10 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc
**Description:** (IMG_0266) Record of animals on hand provided by the facility of 342 animals (animals held in an additional building).



CFR:2.131(b)(1);2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Date and Time:** 8/7/2026, 8:12 PM

**Inspection No:** 2016090001654055

**Certificate:** 31-B-0195

**Legal Name:** R&R Chinchilla Inc

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0268) Side view of a similar metal disk shaped collar that was held at the facility and used on chinchilla (J847). One grey female chinchilla (J847) was found with a thin metal disk shaped collar imbedded in its neck. The chinchilla was observed by inspectors as having wet fur and a pouch of skin in front of the collar and a pouch of skin hanging behind the collar. Inspectors requested the licensee remove the animal from the enclosure for closer observation. Upon further observation it was clearly visible that the collar had been imbedded. The skin on both sides of the collar on the throat of the animal had matted dried clumps of brown discharge. There was also excessive visible wetness around the collar with red and green discharge present. There was a strong foul odor coming from the animal as it was being handled. The skin pouches on both sides of the collar had hair-loss and the skin was wet and pink and red in color. The thin disk-shaped metal collars are utilized by the facility for breeding. Multiple enclosures are connected by a run along the back of the enclosures. The run has a hole as an entrance and exit for the male (with no collar) to the different females housing areas. The females are restricted from the runs in the back of the enclosure by the thin disk-shaped collars that are larger than the entrance and exit hole in the run.



CFR:2.131(b)(1);2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Date and Time:** 8/7/2026, 8:12 PM
**Inspection No:** 2016090001654055

**Certificate:** 31-B-0195
**Legal Name:** R&R Chinchilla Inc
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0267) Front view of a similar metal disk shaped collar that was held at the facility and used on chinchilla (J847). One grey female chinchilla (J847) was found with a thin metal disk shaped collar imbedded in its neck. The chinchilla was observed by inspectors as having wet fur and a pouch of skin in front of the collar and a pouch of skin hanging behind the collar. Inspectors requested the licensee remove the animal from the enclosure for closer observation. Upon further observation it was clearly visible that the collar had been imbedded. The skin on both sides of the collar on the throat of the animal had matted dried clumps of brown discharge. There was also excessive visible wetness around the collar with red and green discharge present. There was a strong foul odor coming from the animal as it was being handled. The skin pouches on both sides of the collar had hair-loss and the skin was wet and pink and red in color. The thin disk-shaped metal collars are utilized by the facility for breeding. Multiple enclosures are connected by a run along the back of the enclosures. The run has a hole as an entrance and exit for the male (with no collar) to the different females housing areas. The females are restricted from the runs in the back of the enclosure by the thin disk-shaped collars that are larger than the entrance and exit hole in the run.



CFR:2.131(b)(1);2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 4:02 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0257) Photo of the underside of the collar showing hair loss, discharge, and barely visible collar. -One grey female chinchilla (J847) was found with a thin metal disk shaped collar imbedded in its neck. The chinchilla was observed by inspectors as having wet fur and a pouch of skin in front of the collar and a pouch of skin hanging behind the collar. Inspectors requested the licensee remove the animal from the enclosure for closer observation. Upon further observation it was clearly visible that the collar had been imbedded. The skin on both sides of the collar on the throat of the animal had matted dried clumps of brown discharge. There was also excessive visible wetness around the collar with red and green discharge present. There was a strong foul odor coming from the animal as it was being handled. The skin pouches on both sides of the collar had hair-loss and the skin was wet and pink and red in color. .



CFR:2.131(b)(1);2.40(b)(2)

**Photographer:** Mark Sanderbeck **Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 4:02 PM **Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055 **Facility Name:** R&R Chinchilla Inc
**Description:** (IMG_0258) Photo of underside of the neck with metal collar visible. -



CFR:2.131(b)(1);2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 4:03 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0262) Full body photo with visible wetness and skin pouches on the underside of the animals throat present both sides of the collar. - One grey female chinchilla (J847) was found with a thin metal disk shaped collar imbedded in its neck. The chinchilla was observed by inspectors as having wet fur and a pouch of skin in front of the collar and a pouch of skin hanging behind the collar. Inspectors requested the licensee remove the animal from the enclosure for closer observation. Upon further observation it was clearly visible that the collar had been imbedded. The skin on both sides of the collar on the throat of the animal had matted dried clumps of brown discharge. There was also excessive visible wetness around the collar with red and green discharge present. There was a strong foul odor coming from the animal as it was being handled. The skin pouches on both sides of the collar had hair-loss and the skin was wet and pink and red in color.



CFR:2.40(b)(2);3.126(b)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 3:30 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0165) Photo of a white and gray chinchilla in cage 16 was observed with mild yellow thick pus-like discharge exuding from the right eye.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 2:59 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0160) Close-up photo of a white and gray Chinchilla (788) observed with wounds at the base of and on the tissue of the right ear. There are brown-red scabs noted on the skin and crusted into the fur around the ear.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 2:59 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0159) Close-up photo of a white and gray Chinchilla (788) observed with wounds at the base of and on the tissue of the right ear. There are brown-red scabs noted on the skin and crusted into the fur around the ear.



CFR:2.40(b)(2)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 2:58 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0158) Photo of a white and gray Chinchilla (788) observed with wounds at the base of and on the tissue of the right ear.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 3:09 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0230) A light grey chinchilla (R3402) was observed hypersalivating and with generalized matted fur extending from the neck to the tail of the animal. The facility representative believes the hypersalivation may be due to malocclusion but this could not be determined at the time of inspection.



CFR:2.40(b)(2);3.126(b)

**Photographer:** Eric Irvin

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 2:53 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG 0155) Photo of a gray chinchilla (F294) observed with an abnormal left eye. The eye has a diffuse bluish-gray tint obscuring the majority of the globe of the eye. The lower half of the globe appears to have an accumulation of white material in the eye.



CFR:2.40(b)(2)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 3:27 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0237) A gray chinchilla (L10) contained clumps of matted fur on the mid-back and hind-end of the animal. The matted fur has a yellow-brown discoloration.



CFR:2.40(b)(2);3.126(b)

**Photographer:** Mark Sanderbeck
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 3:22 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc

**Description:** (IMG_0234) A gray chinchilla (H1554) was observed with a markedly swollen and closed left eye. There is a thick yellow and brown discharge that is crusted into the fur surrounding the eye.



CFR:3.131(c)

**Photographer:** Jonathan Tomkovitch

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 3:29 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** Most of the ceiling panels have areas of severe accumulations of dark brown, black, and white staining.



CFR:3.131(c);3.131(d)

**Photographer:** Jonathan Tomkovitch

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 2:44 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** There were too numerous to count spiders located throughout the facility, with numerous spiders found on the enclosures in close proximity to the animals.



CFR:3.131(c);3.131(d)

**Photographer:** Jonathan Tomkovitch

**Certificate:** 31-B-0195

**Date and Time:** 8/7/2026, 2:40 PM

**Legal Name:** R&R Chinchilla Inc

**Inspection No:** 2016090001654055

**Facility Name:** R&R Chinchilla Inc

**Description:** There were too numerous to count spiders located throughout the facility, with numerous spiders found on the enclosures in close proximity to the animals.



CFR:3.131(c)

**Photographer:** Jonathan Tomkovitch
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 3:28 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc

**Description:** Most of the ceiling panels have areas of severe accumulations of dark brown, black, and white staining.



CFR:3.125(a);3.131(c)

**Photographer:** Jonathan Tomkovitch
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 3:44 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc

**Description:** In the far side of the building, there is a section of the ceiling that is caving in onto a row of enclosures housing some animals and enclosures that could potentially house animals. The ceiling appears to be caving in about 1 foot with a noticeable bend in the structure.



CFR:3.125(a);3.131(c)

**Photographer:** Jonathan Tomkovitch
**Certificate:** 31-B-0195
**Date and Time:** 8/7/2026, 3:44 PM
**Legal Name:** R&R Chinchilla Inc
**Inspection No:** 2016090001654055
**Facility Name:** R&R Chinchilla Inc

**Description:** In the far side of the building, there is a section of the ceiling that is caving in onto a row of enclosures housing some animals and enclosures that could potentially house animals. The ceiling appears to be caving in about 1 foot with a noticeable bend in the structure.