IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>R & R CHINCHILLA, INC., and JAMES FRANKLIN RITTERSPACH,<br><br>Defendants. | ) | Case No.: 3:26-cv-01990<br><br>District Judge James R. Knepp II<br><br>Magistrate Judge Darrell A. Clay<br><br>**MODIFIED TEMPORARY RESTRAINING ORDER** |

Plaintiff, United States of America, filed an *Ex Parte* Motion for Temporary Restraining Order and Preliminary Injunction against Defendants R & R Chinchilla, Inc. ("R & R") and James Ritterspach under Federal Rule of Civil Procedure 65(a) and (b)(1), and Sections 2159 and 2146(c) of the Animal Welfare Act ("AWA"). 7 U.S.C. §§ 2159, 2146(c). The United States requested, in part, that the Court enjoin Defendants from operating their facility, located at 7754 State Route 103, Jenera, Ohio (the "Facility"), in violation of the AWA, its regulations, and standards for a period of 14 days.

Upon consideration of the United States' Memorandum of Authorities in Support of the Motion, including the exhibits and declarations submitted therewith, the Court found that the United States met the standards for temporary preliminary injunctive relief under Sections 2146(c) and 2159 of the AWA, 7 U.S.C. §§ 2146(c), 2159, and granted the motion for a temporary restraining order and deferred ruling on the motion for a preliminary injunction. Dkt. No. 5. A

hearing on the Motion for Preliminary Injunction was set for September 4, 2026. Counsel for Plaintiff and Defendants appeared at the hearing and requested a continuance.

The Court hereby CONTINUES the hearing on the Motion for Preliminary Injunction until November 5, 2026 at 10:00AM. Until the Court has issued a decision on Plaintiff's pending Motion for Preliminary Injunction, it is ORDERED that Defendants, including any of their officers, agents, servants, employees, and those working in active concert with them, must:

1. Provide to counsel for the United States by September 8, 2026:
    a. a list of every building and its location at which Defendants own, possess, or hold any chinchilla or other AWA-regulated animal that is intended for breeding or sale as of September 4, 2026; and
    b. an accurate inventory of animals on hand in each building on the list above, including whether the animal is a short-haired or long-haired breed, and a kit or an adult;
2. Begin working with Plaintiff by September 8, 2026 to voluntarily relinquish all animals housed, as of September 4, 2026, in the building disclosed to inspectors from the U.S. Department of Agriculture on August 5, 2026, as soon as practicable;
3. Immediately cease from acquiring by birth[1] or transfer or disposing by euthanasia or transfer any animals listed on the inventories in Paragraph 1 above without the consent of the United States or a court order. Any euthanasia of an animal must be done in a humane manner by a licensed veterinarian;

[1] "Acquiring by birth" as used in this paragraph includes breeding animals, but shall not include animals born to an animal that is pregnant on or before the time that the Court enters this order.

4. In the case of any animals that were already pregnant at the time of the Court's order, provide notice to counsel for the United States within 72 hours of the birth of any animal, including the number of animals born;
5. If any animal listed on the inventories dies, have a licensed veterinarian who has received training and/or has experience in the care and management of chinchillas confirm the death in person and document the condition of the animal;
6. Provide the veterinarian's record of death for the paragraph above to counsel for the United States within 72 hours of the death of the animal;
7. Ensure that, as of August 28, 2026:
    a. There is daily observation of each animal and each enclosure and timely reporting of problems of animal health to a licensed veterinarian who has received training and/or experience in the care and management of chinchillas;
    b. Breeding collars are carefully and humanely removed from all chinchillas and that all animals housed together are compatible;
    c. Enclosures do not have accumulations of feces or urine, and adequate clean bedding is provided in each enclosure;
    d. Floors between the rows of animal enclosures do not have excess discarded bedding or fecal material;
    e. Pest control strategies for rodents that do not risk or interfere with the health and well-being of chinchillas are implemented;
    f. Cobwebs are cleaned off enclosures;
    g. Animals are provided potable water and sufficient food that is wholesome, palatable, and free from contamination;

h. Cage cards with the (1) number of animals, (2) breed(s) of the animals, (3) any distinctive physical features of the animals, and (4) any identifying marks on the animals are posted on enclosures with kits born July 1, 2026 or after;

i. Fans or other ventilation methods are placed throughout the buildings housing animals;

8. Ensure that, no later than September 11, 2026, every animal listed on the inventories in Paragraph 1 above receives a complete physical examination from head to tail by a licensed veterinarian who has received training and/or experience in the care and management of chinchillas;

9. Provide complete and legible veterinary records for the physical examinations described in Paragraph 8 above and for any veterinary care otherwise provided to any chinchilla to counsel for the United States within seven (7) days of the animals being seen by a veterinarian; and

10. No later than September 4, 2026, provide complete and accurate disposition and acquisition records for the last twelve (12) months to counsel for the United States;

11. If any animal (i) listed on the inventories in Paragraph 1 of the Temporary Restraining Order, or (ii) born after completion of the inventories shows any sign of illness, injury, or disease, ensure the animal is examined in person by a licensed veterinarian who has received training and/or experience in the care and management of chinchillas;

12. Maintain complete and legible written veterinary records for (i) any animal listed on the inventories in Paragraph 1 of the Temporary Restraining Order, or (ii) born after the inventories are completed; ensure that such records are available for review upon request

by an APHIS inspector; and provide copies of those records to counsel for the United States on a weekly basis every Friday.

SO ORDERED.

DATED: 9/4/2026

s/ *James R. Knepp II*
Hon. James R. Knepp II
U.S. District Judge